706

No. 937. LONG ET AL., TRUSTEES, *v.* STITES ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Greenberry Simmons* for petitioners. *Messrs. Allen P. Dodd, Edw. P. Humphrey,* and *Squire R. Ogden* for respondents.

No. 942. BRANDES, GUARDIAN, *v.* PITCAIRN ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. B. Teegarden* for petitioner. *Messrs. George H. Beckwith, Gustavus Ohlinger,* and *S. Q. Pulver* for respondents.

No. 949. ROBY ET AL. *v.* DUNNETT ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. T. P. Gore* and *Finis E. Riddle* for petitioners. No appearance for respondents.

No. 950. PULLMAN COMPANY *v.* WEBSTER. June 1, 1937. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Messrs. Luther Day, W. H. Miller,* and *Rufus Day* for petitioner. *Mr. Wm. W. Dawson* for respondent.

No. 951. CADWALADER *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Llewellyn A. Luce* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Ellis N. Slack* for respondent.